## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAIAH ANDERSON** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RANDY IRWIN, et al.** | : | No. 22-cv-3361 |
| *Defendants.* | : | |

## ORDER

**AND NOW**, on this **18th** day of **July 2024**, upon consideration of the Amended Petition for Writ of Habeas Corpus (ECF No. 12), the government's response (ECF No. 26), the Report and Recommendation filed by U.S. Magistrate Judge Scott W. Reid (ECF No. 28), and no objections filed to the Report and Recommendation,[1] and after a thorough and independent review of the record, it is **ORDERED** that:

1.    The Report and Recommendation of Magistrate Judge Reid (ECF No. 28) is **APPROVED** and **ADOPTED**;

2.    The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3.    No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**

---

[1] In response to the Court's Order directing Counsel for both parties to file a joint status report explaining why Counsel for Petitioner had not filed a response to the Report and Recommendation (ECF No. 29), Counsel entered a letter on the docket (ECF No. 30) stating that Petitioner's silence was intentional, and that no objections would be forthcoming.